**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

Case No. ___3:23cv330___

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

      Plaintiff,

v.

ANDERSONS NECK, LLC d/b/a
ANDERSONS NECK OYSTER COMPANY,

      Defendant.

---

## COMPLAINT

    Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") states the following as its Complaint against defendant Andersons Neck, LLC d/b/a Andersons Neck Oyster Company ("Defendant"):

## THE PARTIES

    1.    Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Broward County, Florida.

    2.    Defendant is a limited liability company organized and existing under the laws of the Commonwealth of Virginia with its principal place of business located at 1696 Cherry Row Lane, Shacklefords, VA 23156. Defendant's agent for service of process is Laura D. Hild, Forest Hills Station, PO Box 14144, Richmond, VA 23225.

## JURISDICTION AND VENUE

    3.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4.     This Court has personal jurisdiction over Defendant because it has maintained sufficient minimum contacts with Virginia such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

5.     Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. "The language 'may be found' means any district which may assert personal jurisdiction over a defendant." Johnson v. Sky Media, LLC, No. 1:19-3269-MGL-PJG, 2020 U.S. Dist. LEXIS 73016, at *16-17 (D.S.C. Apr. 23, 2020). In other words, venue is proper in his District because Defendant is subject to personal jurisdiction in this District. See Big Guy's Pinball, LLC v. Lipham, No. 14-CV-14185, 2015 U.S. Dist. LEXIS 89512, at *2 (E.D. Mich. July 10, 2015).

## FACTS

**I.     Plaintiff's Business and History**

6.     Plaintiff is in the business of licensing high-end, professional photographs for the food industry.

7.     Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of tens of thousands of professional images.

8.     Plaintiff charges its clients (generally, grocery stores, restaurant chains, food service companies, etc.) a minimum monthly fee of $999.00 for access to its library of professional photographs.

9.     Plaintiff does not license individual photographs or otherwise make individual photographs available for purchase. Plaintiff's business model relies on its recurring monthly subscription service such that Plaintiff can continue to maintain its impressive portfolio.

10.    Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, non-transferable license for us of any photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

## II.    The Work at Issue in this Lawsuit

11.    In 1997, Plaintiff created a photograph titled "RawPorkChopCCBnls005_ADL." (the "Work"). A copy of the Work is exhibited below:



12.    The Work was registered by Plaintiff with the Register of Copyrights on January 20, 2017 and was assigned Registration No. VA 2-027-172. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

13.    Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III.    Defendant's Unlawful Activities

14.    Defendant is a Shacklefords, Virginia restaurant and oyster farm specializing in the sale of fresh oysters and seafood from the Chesapeake Bay. Additionally, Defendant also serves and sells a variety of meat, including fresh meat, cold cuts and sausages.

15.    Defendant advertises/markets its business primarily through its website (https://andersonsneck.com/), social media (https://twitter.com/AndersonsNeck, https://www.facebook.com/AndersonsNeck, https://www.youtube.com/user/andersonsneck), and other forms of advertising.

16.    On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on its website (at https://www.andersonsneck.com/product/pork-chop-boneless-center-cut/) in connection with the sale of boneless center-cut pork chops:



17.    A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

18.    Defendant is not and has never been licensed to use or display the Work.  Defendant never contacted Plaintiff to seek permission to use the Work in connection with Defendant's

website, social media, or for any other purpose.

19.     Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's business.

20.     Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

21.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff discovered Defendants' unauthorized use/display of the Work May 21, 2020.  Following Plaintiff's discovery, Plaintiff (through its agents) notified Defendants in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of its Work.

22.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

23.     Plaintiff re-alleges and incorporates paragraphs 1 through 22 as set forth above.

24.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

25.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

26.     As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on Defendant's website.

27.     Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

28.     By its actions, Defendant directly infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes and for the commercial purposes.

29.     Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Notably, Defendant itself utilizes a copyright disclaimer on its website ("©2023 Andersons Neck, LLC DBA Andersons Neck Oyster Company"), indicating that Defendant understands the importance of copyright protection and intellectual property rights and is actually representing that it owns each of the photographs published on its website. See, e.g., Bell v. ROI Prop. Grp. Mgmt., LLC, No. 1:18-cv-00043-TWP-DLP, 2018 U.S. Dist. LEXIS 127717, at *3 (S.D. Ind. July 31, 2018) ("[T]he willfulness of ROI's infringement is evidenced by the fact that at the bottom of the webpage on which the Indianapolis photograph was unlawfully published appeared the following: 'Copyright © 2017.' By placing a copyright mark at the bottom of its webpage that contained Mr. Bell's copyrighted Indianapolis Photograph, Mr. Bell asserts ROI willfully infringed his copyright by claiming that it owned the copyright to everything on the webpage."); John Perez Graphics & Design, LLC v. Green Tree Inv. Grp., Inc., Civil Action No. 3:12-cv-4194-M, 2013 U.S. Dist. LEXIS 61928, at *12-13 (N.D. Tex. May 1, 2013) ("Once on Defendant's website, Defendant asserted ownership of Plaintiff's Registered Work by including a copyright notice at the bottom of the page. Based on these allegations, the Court finds Plaintiff has sufficiently pled a willful violation…."). Defendant clearly understands that professional photography such as the Work is generally paid for and cannot simply be copied from the internet.

30.   Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

31.   Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b)), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

32.   Defendant's conduct has caused, and any continued infringing conduct will continue to cause, irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.   A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.   A declaration that such infringement is willful (to the extent applicable);

c.   An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election (if applicable), an award of statutory damages for willful infringement  up  to $150,000.00 for each infringement of the Work;

d.   Awarding Plaintiff its costs and (if applicable) reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.   Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.   Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.   For such other relief as the Court deems just and proper.

**<u>Demand For Jury Trial</u>**

Plaintiff demands a trial by jury on all issued so triable.


Dated: May 16, 2023.                                Prepared Food Photos, Inc.

                                                    By: /s/Matthew W. Smith_____
                                                            Counsel


Matthew W. Smith
Va. State Bar No. 44558
*Attorney for the Plaintiff*
OTEY SMITH & QUARLES
485 McLaws Circle
Williamsburg, VA 23185
T 757.903.2665
F 757.561.2378
MSMITH@OSQLAW.COM

**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kayn Leigh Clayett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-027-172

**Effective Date of Registration:**
January 20, 2017

---

## Title

**Title of Work:** ADLIFE-COLLECTION-011717

**Previous or Alternate Title:** Group registration of photos published 01-04-1997 through 12-05-1997; about 250 photos total.

**Content Title:** ChickenThighs3FSHC1306, 02-05-1997;
ClamChowder3FSHC1301, 10-05-1997;
CoconutCreamPieFSHC1306, 02-05-1997;
EggBacon007_ADL, 01-15-1997;

EggSteak001_ADL, 03-22-1997;
GranolaYogurtBowl003_ADL, 07-13-1997;
HoagieSandwich3FSHC1305, 01-14-1997;
Omelette003_ADL, 04-09-1997;
PorkChopsGrilled3FSHC1305, 02-05-1997;

RoundRoast3FSHC1303, 11-16-1997;
HamBoiledDinner001_ADL, 04-08-1997;
HamDinner001_ADL, 11-05-1997;
HamDinner002_ADL, 08-18-1997;
HamDinner003_ADL, 08-18-1997;

HamDinner004_ADL, 08-18-1997;
HamDinner005_ADL, 02-08-1997;
HamDinner006_ADL, 05-05-1997;
HamSlicedDinner001_ADL, 11-10-1997;
HamSpiralDinner001_ADL, 08-18-1997;

HamSpiralDinner002_ADL, 08-18-1997;
HamSpiralDinner003_ADL, 01-18-1997;
HamSpiralDinner004_ADL, 08-18-1997;
HamSpiralDinner005_ADL, 08-18-1997;
HamSpiralDinner006_ADL, 10-21-1997;

HamSpiralDinner007_ADL, 11-15-1997;
PorkChopDinner001_ADL, 04-08-1997;
PorkChopDinner002_ADL, 04-08-1997;
PorkChopDinner003_ADL, 09-25-1997;

PorkMilaneseDinner001_ADL, 02-10-1997;
PorkMilaneseDinner002_ADL, 04-25-1997;
PorkMilaneseDinner003_ADL, 04-25-1997;

PorkMilaneseDinner004_ADL, 04-24-1997;
PorkMilaneseDinner005_ADL, 04-25-1997;

PorkSausageItalianSweet005_ADL, 08-18-1997;
PorkSausageItalianSweet006_ADL, 08-18-1997;
PorkSausageItalianSweet007_ADL, 08-18-1997;
PorkSausageItalianSweet008_ADL, 08-18-1997;
PorkSausageItalianSweet009_ADL, 08-05-1997;

PorkSausageItalianSweet010_ADL, 06-18-1997;
PorkSausageItalianSweet011_ADL, 04-09-1997;
PorkSausageItalianSweet012_ADL, 08-05-1997;
PorkSausageItalianSweet013_ADL, 07-18-1997;
PorkSausageItalianSweet014_ADL, 06-10-1997;

PorkSausageItalianSweet015_ADL, 05-05-1997;
PorkSausageItalianSweet016_ADL, 09-17-1997;
PorkSausageItalianSweet017_ADL, 09-20-1997;
PorkSausageItalianSweet018_ADL, 04-08-1997;

PorkSausageItalianSweet019_ADL, 11-23-1997;
PorkSausageItalianSweet020_ADL, 05-16-1997;
PorkSausageItalianSweet021_ADL, 05-05-1997;
PorkSausageItalianSweet022_ADL, 11-15-1997;
PorkSausageItalianSweet023_ADL, 08-24-1997;

PorkSausageItalianSweet024_ADL, 08-24-1997;
PorkSausageItalianSweet025_ADL, 09-17-1997;
PorkSausageKeilbasa001_ADL, 08-18-1997;
PorkSausageKielbasa002_ADL, 09-05-1997;
PorkSausageKielbasa003_ADL, 08-18-1997;

PorkSausageKielbasa004_ADL, 10-05-1997;
PorkSausageKielbasa005_ADL, 07-12-1997;
PorkSausageKielbasa006_ADL, 05-20-1997;
PorkSausageKielbasa007_ADL, 07-12-1997;
PorkSausageKielbasa008_ADL, 04-25-1997;

PorkSausageKielbasa009_ADL, 11-17-1997;
PorkSausageKielbasa010_ADL, 03-05-1997;
PorkSausageKielbasa011_ADL, 10-05-1997;
PorkSausageKielbasa012_ADL, 11-15-1997;
PorkSausageKielbasa013_ADL, 03-05-1997;

PorkSausageKielbasa014_ADL, 05-12-1997;
PorkSausageKielbasa015_ADL, 05-12-1997;
PorkSausageKielbasa016_ADL, 05-12-1997;
PorkSausageKielbasa017_ADL, 11-19-1997;

PorkSausageKielbasa018_ADL, 11-19-1997;
PorkSausageKielbasa019_ADL, 11-19-1997;
PorkSausageKielbasa020_ADL, 11-19-1997;
PorkSausageKielbasa021_ADL, 03-12-1997;
PorkSausageKielbasa022_ADL, 04-05-1997;

PorkSausageKielbasa023_ADL, 10-05-1997;
PorkSausageKielbasa024eps_ADL, 05-12-1997;
PorkSausageKnockwurst001_ADL, 08-18-1997;



PorkSausageLinguica001_ADL, 03-27-1997;
PorkSausageLink001_ADL, 04-26-1997;

PorkSausageLink002_ADL, 04-26-1997;
PorkSausageLoop001_ADL, 06-05-1997;
PorkSausagePatty001_ADL, 08-18-1997;
PorkSausagePatty002_ADL, 05-09-1997;
PorkSausagePatty003_ADL, 05-09-1997;

PorkSteak001_ADL, 11-16-1997;
PorkSteak002_ADL, 11-16-1997;
PorkStirFry001_ADL, 03-11-1997;
PorkTriTip001_ADL, 11-21-1997;

PorkTriTip002_ADL, 11-21-1997;
RawBacon001_ADL, 01-11-1997;
RawBacon002_ADL, 01-11-1997;
RawHamShoulder001_ADL, 08-16-1997;
RawHamShoulder002_ADL, 09-27-1997;

RawHamShoulderWhole001_ADL, 01-22-1997;
RawHamShoulderWhole002_ADL, 08-16-1997;
RawHamSmokedShoulder001_ADL, 08-16-1997;
RawHamSmokedShoulder002_ADL, 08-16-1997;
RawHamSteak001_ADL, 08-16-1997;

RawHamSteak002_ADL, 11-23-1997;
RawPigEar001_ADL, 11-15-1997;
RawPigKnuckle001_ADL, 03-05-1997;
RawPorkAsst001_ADL, 02-05-1997;
RawPorkBladeMeat001_ADL, 05-11-1997;

RawPorkChitterling001_ADL, 08-16-1997;
RawPorkChopAsst001_ADL, 03-05-1997;
RawPorkChopBnIn001_ADL, 08-16-1997;
RawPorkChopBnIn002_ADL, 08-16-1997;
RawPorkChopBnIn003_ADL, 08-16-1997;

RawPorkChopBnIn004_ADL, 08-16-1997;
RawPorkChopBnIn005_ADL, 01-22-1997;
RawPorkChopBnIn006_ADL, 04-12-1997;
RawPorkChopBnIn007_ADL, 11-16-1997;
RawPorkChopBnInAsst001_ADL, 08-16-1997;
RawPorkChopBnInAsst002_ADL, 08-16-1997;
RawPorkChopBnInAsst003_ADL, 08-16-1997;
RawPorkChopBnInAsst004_ADL, 08-16-1997;
RawPorkChopBnInAsst005_ADL, 08-16-1997;

RawPorkChopBnInGrill001_ADL, 08-16-1997;
RawPorkChopBnlsAsst001_ADL, 08-16-1997;
RawPorkChopBnlsAsst002_ADL, 08-09-1997;
RawPorkChopCCBnIn001_ADL, 04-05-1997;
RawPorkChopCCBnIn002_ADL, 08-16-1997;

RawPorkChopCCBnIn003_ADL, 08-16-1997;
RawPorkChopCCBnIn004_ADL, 08-16-1997;
RawPorkChopCCBnIn005_ADL, 11-19-1997;
RawPorkChopCCBnls001_ADL, 11-05-1997;

RawPorkChopCCBnls002_ADL, 08-16-1997;

RawPorkChopCCBnls003_ADL, 07-15-1997;
RawPorkChopCCBnls004_ADL, 08-16-1997;
RawPorkChopCCBnls005_ADL, 10-05-1997;
RawPorkChopCCBnls006_ADL, 01-11-1997;

RawPorkChopCCBnls007_ADL, 06-16-1997;
RawPorkChopCCBnls008_ADL, 06-16-1997;
RawPorkChopCCBnls009_ADL, 06-16-1997;
RawPorkChopCCBnls010_ADL, 06-05-1997;
RawPorkChopPorterhouse001_ADL, 02-24-1997;

RawPorkChopStuffed002_ADL, 08-16-1997;
RawPorkChopStuffed003_ADL, 08-16-1997;
RawPorkChopStuffed004_ADL, 01-12-1997;
RawPorkCutlet001_ADL, 11-05-1997;
RawPorkCutletSirloin001_ADL, 08-16-1997;

RawPorkCutletSirloin002_ADL, 05-26-1997;
RawPorkCutletSirloin003_ADL, 08-16-1997;
RawPorkCutletSirloin004_ADL, 08-16-1997;
RawPorkCutletSirloin005_ADL, 05-05-1997;
RawPorkGround001_ADL, 08-16-1997;
RawPorkGround002_ADL, 08-16-1997;

RawPorkHamHock001_ADL, 01-27-1997;
RawPorkHamHock002_ADL, 09-23-1997;
RawPorkKabob001_ADL, 08-16-1997;
RawPorkKabob002_ADL, 08-16-1997;

RawPorkLoin001_ADL, 11-05-1997;
RawPorkLoin002_ADL, 08-16-1997;
RawPorkLoin003_ADL, 08-16-1997;
RawPorkLoin004_ADL, 11-05-1997;
RawPorkLoinBnls001_ADL, 08-16-1997;

RawPorkLoinBnls002_ADL, 08-05-1997;
RawPorkLoinBnls003_ADL, 11-17-1997;
RawPorkLoinBnls004_ADL, 11-16-1997;
RawPorkLoinBnlsRoast001_ADL, 11-17-1997;

RawPorkLoinBnlsRoast002_ADL, 05-15-1997;
RawPorkLoinCC001_ADL, 11-05-1997;
RawPorkLoinCCHalf001_ADL, 11-05-1997;
RawPorkLoinCCStuffed001_ADL, 03-05-1997;
RawPorkLoinStuffedRoast001_ADL, 11-05-1997;

RawPorkLoinStuffedRoast002_ADL, 11-05-1997;
RawPorkLoinWhole001_ADL, 11-10-1997;
RawPorkNeckBone001_ADL, 02-08-1997;
RawPorkNeckBone002_ADL, 02-08-1997;
RawPorkNeckBone003_ADL, 02-08-0997;

RawPorkPancetta001_ADL, 08-25-1997;
RawPorkPancetta002_ADL, 08-25-1997;
RawPorkPigFeet001_ADL, 05-19-1997;
RawPorkPigFeet002_ADL, 01-27-1997;



RawPorkRibBabyBack001_ADL, 08-16-1997;
RawPorkRibBellie001_ADL, 08-16-1997;
RawPorkRibBnlsSpare001_ADL, 08-16-1997;
RawPorkRibBtchrBlkRed001_ADL, 08-26-1997;
RawPorkRibButtBnls001_ADL, 08-16-1997;

RawPorkRibButtCntyStl001_ADL, 08-26-1997;
RawPorkRibCntyStl001_ADL, 08-16-1997;
RawPorkRibCntyStl002_ADL, 11-23-1997;
RawPorkRibCntyStl003_ADL, 11-23-1997;
RawPorkRibCntyStl004_ADL, 08-24-1997;

RawPorkRibCntyStl005_ADL, 08-24-1997;
RawPorkRibCntyStl006_ADL, 08-24-1997;
RawPorkRibCntyStlBnIn001_ADL, 08-16-1997;
RawPorkRibCntyStlBnIn002_ADL, 05-05-1997;
RawPorkRibCntyStlBnIn003_ADL, 08-16-1997;

RawPorkRibCntyStlBnls001_ADL, 08-16-1997;
RawPorkRibCntyStlBnls002_ADL, 08-05-1997;
RawPorkRibCntyStlBnls003_ADL, 03-05-1997;
RawPorkRibCntyStlBnls004_ADL, 08-16-1997;
RawPorkRibCntyStlLoin001_ADL, 08-16-1997;

RawPorkRibPorketta001_ADL, 08-16-1997;
RawPorkRibSpare001_ADL, 08-16-1997;
RawPorkRibSpare002_ADL, 08-16-1997;
RawPorkRibSpare003_ADL, 08-16-1997;

RawPorkRibSpare004_ADL, 11-24-1997;
RawPorkRibSpare006_ADL, 08-16-1997;
RawPorkRibSpare007_ADL, 12-05-1997;
RawPorkRibSpare008_ADL, 08-16-1997;
RawPorkRibSpare009_ADL, 08-16-1997;

RawPorkRoastBnls001_ADL, 08-16-1997;
RawPorkRoastBnls002_ADL, 05-05-1997;
RawPorkRoastButt001_ADL, 08-16-1997;
RawPorkRoastButt002_ADL, 01-12-1997;
RawPorkRoastButt003_ADL, 04-24-1997;

RawPorkRoastButtWhole001_ADL, 02-16-1997;
RawPorkRoastCCBnIn001_ADL, 08-16-1997;
RawPorkRoastCCBnIn002_ADL, 08-16-1997;
RawPorkRoastCCBnIn003_ADL, 08-16-1997;
RawPorkRoastCCBnIn004_ADL, 08-16-1997;

RawPorkRoastCCBnIn005_ADL, 08-16-1997; `
RawPorkRoastCCBnls001_ADL, 08-16-1997;
RawPorkRoastCrown001_ADL, 08-16-1997;
RawPorkRoastCrown002_ADL, 12-05-1997;

RawPorkRoastCrown003_ADL, 12-05-1997;
RawPorkRoastCrown004_ADL, 01-20-1997;
RawPorkRoastCrown005_ADL, 10-05-1997;
RawPorkRoastLoinBnIn001_ADL, 05-20-1997;
RawPorkRoastLoinBnIn002_ADL, 08-16-1997;

RawPorkRoastStuffed001_ADL, 02-05-1997;
RawPorkRoastStuffed002_ADL, 03-05-1997;
RawPorkRoastWholeBnIn001_ADL, 08-16-1997;
RawPorkRollup001_ADL, 08-16-1997;
RawPorkSausageBrats001_ADL, 07-23-1997;

RawPorkSausageBreakfast001_ADL, 08-16-1997;
RawPorkSausageItalianHot001_ADL, 07-20-1997;
RawPorkSausageItalianHot002_ADL, 12-05-1997;
RawPorkSausageItalianHot003_ADL, 08-21-1997;
RawPorkSausageItalianHot004_ADL, 11-05-1997;

RawPorkSausageItalianSweet001_ADL, 08-16-1997;
RawPorkSausageItalianSweet002_ADL, 03-05-1997;
RawPorkShreddedBBQ001_ADL, 07-27-1997;
RawPorkStewMeat001_ADL, 11-25-1997;
RawPorkStewMeat002_ADL, 01-12-1997;

RawPorkStewMeat003_ADL, 01-12-1997;
RawPorkStewMeatCubeSteak001_ADL, 08-16-1997;
RawPorkStripStirFry001_ADL, 08-16-1997;
RawPorkTenderloin001_ADL, 08-16-1997;

RawRibStLouisBnIn001_ADL, 11-27-1997;
RawRibStLouisBnIn002_ADL, 11-27-1997;
RawRibStLouisBnIn003_ADL, 11-27-1997;
RawRibStLouisBnIn004_ADL, 11-27-1997;
RawRibStLouisBnIn005_ADL, 11-27-1997;

RawRibStLouisBnIn006_ADL, 11-27-1997;
RawRibStLouisBnIn007_ADL, 11-27-1997.

## Completion/Publication



| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | January 04, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | ADLIFE Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio |
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adlife Marketing & Communications Co. Inc. |
| | 38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

|                        |                                          |
|------------------------|------------------------------------------|
| **Organization Name:** | SHORES & OLIVER PC                       |
| **Name:**              | Milton M. Oliver. Esq.                   |
| **Email:**             | milton.oliver@shoresoliver.com           |
| **Telephone:**         | (774)521-3058                            |
| **Alt. Telephone:**    | (781)910-9664                            |
| **Address:**           | PO BOX 790                               |
|                        | COTUIT, MA 02635-0790 United States      |

## Certification

|                                 |                         |
|---------------------------------|-------------------------|
| **Name:**                       | MILTON M. OLIVER, Esq.  |
| **Date:**                       | January 20, 2017        |
| **Applicant's Tracking Number:**| 873-057-344             |

|                           |                                                                              |
|---------------------------|------------------------------------------------------------------------------|
| **Correspondence:**       | Yes                                                                          |
| **Copyright Office notes:** | Regarding publication: range of publication dates is 1/04/1997 to 12/05/1997 |

**Exhibit "B"**

andersonsneck.com/product/pork-chop-boneless-center-cut/



Pork Cl
Cut

1

$3.99

ADD TO CAR

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC.

**DEFENDANTS**
ANDERSONS NECK, LLC d/b/a ANDERSONS NECK OYSTER COMPANY

**(b)** County of Residence of First Listed Plaintiff   Broward
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   King and Queen
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
OTEY SMITH & QUARLES, 485 McLaws Circle, Williamsburg, VA 23185 | Tel. 757.903.2665

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | | |
|---|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 | Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 | Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. 501
Brief description of cause:
Copyright Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions:)*   JUDGE _____   DOCKET NUMBER _____

DATE
May 16, 2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Matthew W. Smith

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____