**Exhibit "A"**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-027-172**

**Effective Date of Registration:**
January 20, 2017

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE-COLLECTION-011717 |
| **Previous or Alternate Title:** | Group registration of photos published 01-04-1997 through 12-05-1997; about 250 photos total. |
| **Content Title:** | ChickenThighs3FSHC1306, 02-05-1997; ClamChowder3FSHC1301, 10-05-1997; CoconutCreamPieFSHC1306, 02-05-1997; EggBacon007_ADL, 01-15-1997; |
| | EggSteak001_ADL, 03-22-1997; GranolaYogurtBowl003_ADL, 07-13-1997; HoagieSandwich3FSHC1305, 01-14-1997; Omelette003_ADL, 04-09-1997; PorkChopsGrilled3FSHC1305, 02-05-1997; |
| | RoundRoast3FSHC1303, 11-16-1997; HamBoiledDinner001_ADL, 04-08-1997; HamDinner001_ADL, 11-05-1997; HamDinner002_ADL, 08-18-1997; HamDinner003_ADL, 08-18-1997; |
| | HamDinner004_ADL, 08-18-1997; HamDinner005_ADL, 02-08-1997; HamDinner006_ADL, 05-05-1997; HamSlicedDinner001_ADL, 11-10-1997; HamSpiralDinner001_ADL, 08-18-1997; |
| | HamSpiralDinner002_ADL, 08-18-1997; HamSpiralDinner003_ADL, 01-18-1997; HamSpiralDinner004_ADL, 08-18-1997; HamSpiralDinner005_ADL, 08-18-1997; HamSpiralDinner006_ADL, 10-21-1997; |
| | HamSpiralDinner007_ADL, 11-15-1997; PorkChopDinner001_ADL, 04-08-1997; PorkChopDinner002_ADL, 04-08-1997; PorkChopDinner003_ADL, 09-25-1997; |
| | PorkMilaneseDinner001_ADL, 02-10-1997; PorkMilaneseDinner002_ADL, 04-25-1997; PorkMilaneseDinner003_ADL, 04-25-1997; |

PorkMilaneseDinner004_ADL, 04-24-1997;
PorkMilaneseDinner005_ADL, 04-25-1997;

PorkSausageItalianSweet005_ADL, 08-18-1997;
PorkSausageItalianSweet006_ADL, 08-18-1997;
PorkSausageItalianSweet007_ADL, 08-18-1997;
PorkSausageItalianSweet008_ADL, 08-18-1997;
PorkSausageItalianSweet009_ADL, 08-05-1997;

PorkSausageItalianSweet010_ADL, 06-18-1997;
PorkSausageItalianSweet011_ADL, 04-09-1997;
PorkSausageItalianSweet012_ADL, 08-05-1997;
PorkSausageItalianSweet013_ADL, 07-18-1997;
PorkSausageItalianSweet014_ADL, 06-10-1997;

PorkSausageItalianSweet015_ADL, 05-05-1997;
PorkSausageItalianSweet016_ADL, 09-17-1997;
PorkSausageItalianSweet017_ADL, 09-20-1997;
PorkSausageItalianSweet018_ADL, 04-08-1997;

PorkSausageItalianSweet019_ADL, 11-23-1997;
PorkSausageItalianSweet020_ADL, 05-16-1997;
PorkSausageItalianSweet021_ADL, 05-05-1997;
PorkSausageItalianSweet022_ADL, 11-15-1997;
PorkSausageItalianSweet023_ADL, 08-24-1997;

PorkSausageItalianSweet024_ADL, 08-24-1997;
PorkSausageItalianSweet025_ADL, 09-17-1997;
PorkSausageKeilbasa001_ADL, 08-18-1997;
PorkSausageKielbasa002_ADL, 09-05-1997;
PorkSausageKielbasa003_ADL, 08-18-1997;

PorkSausageKielbasa004_ADL, 10-05-1997;
PorkSausageKielbasa005_ADL, 07-12-1997;
PorkSausageKielbasa006_ADL, 05-20-1997;
PorkSausageKielbasa007_ADL, 07-12-1997;
PorkSausageKielbasa008_ADL, 04-25-1997;

PorkSausageKielbasa009_ADL, 11-17-1997;
PorkSausageKielbasa010_ADL, 03-05-1997;
PorkSausageKielbasa011_ADL, 10-05-1997;
PorkSausageKielbasa012_ADL, 11-15-1997;
PorkSausageKielbasa013_ADL, 03-05-1997;

PorkSausageKielbasa014_ADL, 05-12-1997;
PorkSausageKielbasa015_ADL, 05-12-1997;
PorkSausageKielbasa016_ADL, 05-12-1997;
PorkSausageKielbasa017_ADL, 11-19-1997;

PorkSausageKielbasa018_ADL, 11-19-1997;
PorkSausageKielbasa019_ADL, 11-19-1997;
PorkSausageKielbasa020_ADL, 11-19-1997;
PorkSausageKielbasa021_ADL, 03-12-1997;
PorkSausageKielbasa022_ADL, 04-05-1997;

PorkSausageKielbasa023_ADL, 10-05-1997;
PorkSausageKielbasa024eps_ADL, 05-12-1997;
PorkSausageKnockwurst001_ADL, 08-18-1997;



PorkSausageLinguica001_ADL, 03-27-1997;
PorkSausageLink001_ADL, 04-26-1997;

PorkSausageLink002_ADL, 04-26-1997;
PorkSausageLoop001_ADL, 06-05-1997;
PorkSausagePatty001_ADL, 08-18-1997;
PorkSausagePatty002_ADL, 05-09-1997;
PorkSausagePatty003_ADL, 05-09-1997;

PorkSteak001_ADL, 11-16-1997;
PorkSteak002_ADL, 11-16-1997;
PorkStirFry001_ADL, 03-11-1997;
PorkTriTip001_ADL, 11-21-1997;

PorkTriTip002_ADL, 11-21-1997;
RawBacon001_ADL, 01-11-1997;
RawBacon002_ADL, 01-11-1997;
RawHamShoulder001_ADL, 08-16-1997;
RawHamShoulder002_ADL, 09-27-1997;

RawHamShoulderWhole001_ADL, 01-22-1997;
RawHamShoulderWhole002_ADL, 08-16-1997;
RawHamSmokedShoulder001_ADL, 08-16-1997;
RawHamSmokedShoulder002_ADL, 08-16-1997;
RawHamSteak001_ADL, 08-16-1997;

RawHamSteak002_ADL, 11-23-1997;
RawPigEar001_ADL, 11-15-1997;
RawPigKnuckle001_ADL, 03-05-1997;
RawPorkAsst001_ADL, 02-05-1997;
RawPorkBladeMeat001_ADL, 05-11-1997;

RawPorkChitterling001_ADL, 08-16-1997;
RawPorkChopAsst001_ADL, 03-05-1997;
RawPorkChopBnIn001_ADL, 08-16-1997;
RawPorkChopBnIn002_ADL, 08-16-1997;
RawPorkChopBnIn003_ADL, 08-16-1997;

RawPorkChopBnIn004_ADL, 08-16-1997;
RawPorkChopBnIn005_ADL, 01-22-1997;
RawPorkChopBnIn006_ADL, 04-12-1997;
RawPorkChopBnIn007_ADL, 11-16-1997;
RawPorkChopBnInAsst001_ADL, 08-16-1997;
RawPorkChopBnInAsst002_ADL, 08-16-1997;
RawPorkChopBnInAsst003_ADL, 08-16-1997;
RawPorkChopBnInAsst004_ADL, 08-16-1997;
RawPorkChopBnInAsst005_ADL, 08-16-1997;

RawPorkChopBnInGrill001_ADL, 08-16-1997;
RawPorkChopBnlsAsst001_ADL, 08-16-1997;
RawPorkChopBnlsAsst002_ADL, 08-09-1997;
RawPorkChopCCBnIn001_ADL, 04-05-1997;
RawPorkChopCCBnIn002_ADL, 08-16-1997;

RawPorkChopCCBnIn003_ADL, 08-16-1997;
RawPorkChopCCBnIn004_ADL, 08-16-1997;
RawPorkChopCCBnIn005_ADL, 11-19-1997;
RawPorkChopCCBnls001_ADL, 11-05-1997;

RawPorkChopCCBnls002_ADL, 08-16-1997;

RawPorkChopCCBnls003_ADL, 07-15-1997;
RawPorkChopCCBnls004_ADL, 08-16-1997;
RawPorkChopCCBnls005_ADL, 10-05-1997;
RawPorkChopCCBnls006_ADL, 01-11-1997;

RawPorkChopCCBnls007_ADL, 06-16-1997;
RawPorkChopCCBnls008_ADL, 06-16-1997;
RawPorkChopCCBnls009_ADL, 06-16-1997;
RawPorkChopCCBnls010_ADL, 06-05-1997;
RawPorkChopPorterhouse001_ADL, 02-24-1997;

RawPorkChopStuffed002_ADL, 08-16-1997;
RawPorkChopStuffed003_ADL, 08-16-1997;
RawPorkChopStuffed004_ADL, 01-12-1997;
RawPorkCutlet001_ADL, 11-05-1997;
RawPorkCutletSirloin001_ADL, 08-16-1997;

RawPorkCutletSirloin002_ADL, 05-26-1997;
RawPorkCutletSirloin003_ADL, 08-16-1997;
RawPorkCutletSirloin004_ADL, 08-16-1997;
RawPorkCutletSirloin005_ADL, 05-05-1997;
RawPorkGround001_ADL, 08-16-1997;
RawPorkGround002_ADL, 08-16-1997;

RawPorkHamHock001_ADL, 01-27-1997;
RawPorkHamHock002_ADL, 09-23-1997;
RawPorkKabob001_ADL, 08-16-1997;
RawPorkKabob002_ADL, 08-16-1997;

RawPorkLoin001_ADL, 11-05-1997;
RawPorkLoin002_ADL, 08-16-1997;
RawPorkLoin003_ADL, 08-16-1997;
RawPorkLoin004_ADL, 11-05-1997;
RawPorkLoinBnls001_ADL, 08-16-1997;

RawPorkLoinBnls002_ADL, 08-05-1997;
RawPorkLoinBnls003_ADL, 11-17-1997;
RawPorkLoinBnls004_ADL, 11-16-1997;
RawPorkLoinBnlsRoast001_ADL, 11-17-1997;

RawPorkLoinBnlsRoast002_ADL, 05-15-1997;
RawPorkLoinCC001_ADL, 11-05-1997;
RawPorkLoinCCHalf001_ADL, 11-05-1997;
RawPorkLoinCCStuffed001_ADL, 03-05-1997;
RawPorkLoinStuffedRoast001_ADL, 11-05-1997;

RawPorkLoinStuffedRoast002_ADL, 11-05-1997;
RawPorkLoinWhole001_ADL, 11-10-1997;
RawPorkNeckBone001_ADL, 02-08-1997;
RawPorkNeckBone002_ADL, 02-08-1997;
RawPorkNeckBone003_ADL, 02-08-0997;

RawPorkPancetta001_ADL, 08-25-1997;
RawPorkPancetta002_ADL, 08-25-1997;
RawPorkPigFeet001_ADL, 05-19-1997;
RawPorkPigFeet002_ADL, 01-27-1997;

RawPorkRibBabyBack001_ADL, 08-16-1997;
RawPorkRibBellie001_ADL, 08-16-1997;
RawPorkRibBnlsSpare001_ADL, 08-16-1997;
RawPorkRibBtchrBlkRed001_ADL, 08-26-1997;
RawPorkRibButtBnls001_ADL, 08-16-1997;

RawPorkRibButtCntyStl001_ADL, 08-26-1997;
RawPorkRibCntyStl001_ADL, 08-16-1997;
RawPorkRibCntyStl002_ADL, 11-23-1997;
RawPorkRibCntyStl003_ADL, 11-23-1997;
RawPorkRibCntyStl004_ADL, 08-24-1997;

RawPorkRibCntyStl005_ADL, 08-24-1997;
RawPorkRibCntyStl006_ADL, 08-24-1997;
RawPorkRibCntyStlBnIn001_ADL, 08-16-1997;
RawPorkRibCntyStlBnIn002_ADL, 05-05-1997;
RawPorkRibCntyStlBnIn003_ADL, 08-16-1997;

RawPorkRibCntyStlBnls001_ADL, 08-16-1997;
RawPorkRibCntyStlBnls002_ADL, 08-05-1997;
RawPorkRibCntyStlBnls003_ADL, 03-05-1997;
RawPorkRibCntyStlBnls004_ADL, 08-16-1997;
RawPorkRibCntyStlLoin001_ADL, 08-16-1997;

RawPorkRibPorketta001_ADL, 08-16-1997;
RawPorkRibSpare001_ADL, 08-16-1997;
RawPorkRibSpare002_ADL, 08-16-1997;
RawPorkRibSpare003_ADL, 08-16-1997;


RawPorkRibSpare004_ADL, 11-24-1997;
RawPorkRibSpare006_ADL, 08-16-1997;
RawPorkRibSpare007_ADL, 12-05-1997;
RawPorkRibSpare008_ADL, 08-16-1997;
RawPorkRibSpare009_ADL, 08-16-1997;

RawPorkRoastBnls001_ADL, 08-16-1997;
RawPorkRoastBnls002_ADL, 05-05-1997;
RawPorkRoastButt001_ADL, 08-16-1997;
RawPorkRoastButt002_ADL, 01-12-1997;
RawPorkRoastButt003_ADL, 04-24-1997;

RawPorkRoastButtWhole001_ADL, 02-16-1997;
RawPorkRoastCCBnIn001_ADL, 08-16-1997;
RawPorkRoastCCBnIn002_ADL, 08-16-1997;
RawPorkRoastCCBnIn003_ADL, 08-16-1997;
RawPorkRoastCCBnIn004_ADL, 08-16-1997;

RawPorkRoastCCBnIn005_ADL, 08-16-1997; `
RawPorkRoastCCBnls001_ADL, 08-16-1997;
RawPorkRoastCrown001_ADL, 08-16-1997;
RawPorkRoastCrown002_ADL, 12-05-1997;

RawPorkRoastCrown003_ADL, 12-05-1997;
RawPorkRoastCrown004_ADL, 01-20-1997;
RawPorkRoastCrown005_ADL, 10-05-1997;
RawPorkRoastLoinBnIn001_ADL, 05-20-1997;
RawPorkRoastLoinBnIn002_ADL, 08-16-1997;

RawPorkRoastStuffed001_ADL, 02-05-1997;
RawPorkRoastStuffed002_ADL, 03-05-1997;
RawPorkRoastWholeBnIn001_ADL, 08-16-1997;
RawPorkRollup001_ADL, 08-16-1997;
RawPorkSausageBrats001_ADL, 07-23-1997;

RawPorkSausageBreakfast001_ADL, 08-16-1997;
RawPorkSausageItalianHot001_ADL, 07-20-1997;
RawPorkSausageItalianHot002_ADL, 12-05-1997;
RawPorkSausageItalianHot003_ADL, 08-21-1997;
RawPorkSausageItalianHot004_ADL, 11-05-1997;

RawPorkSausageItalianSweet001_ADL, 08-16-1997;
RawPorkSausageItalianSweet002_ADL, 03-05-1997;
RawPorkShreddedBBQ001_ADL, 07-27-1997;
RawPorkStewMeat001_ADL, 11-25-1997;
RawPorkStewMeat002_ADL, 01-12-1997;

RawPorkStewMeat003_ADL, 01-12-1997;
RawPorkStewMeatCubeSteak001_ADL, 08-16-1997;
RawPorkStripStirFry001_ADL, 08-16-1997;
RawPorkTenderloin001_ADL, 08-16-1997;

RawRibStLouisBnIn001_ADL, 11-27-1997;
RawRibStLouisBnIn002_ADL, 11-27-1997;
RawRibStLouisBnIn003_ADL, 11-27-1997;
RawRibStLouisBnIn004_ADL, 11-27-1997;
RawRibStLouisBnIn005_ADL, 11-27-1997;

RawRibStLouisBnIn006_ADL, 11-27-1997;
RawRibStLouisBnIn007_ADL, 11-27-1997.

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** January 04, 1997
**Nation of 1st Publication:** United States

## Author

- **Author:** ADLIFE Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co. Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

|                     |                                      |
|--------------------:|:-------------------------------------|
| Organization Name:  | SHORES & OLIVER PC                   |
| Name:               | Milton M. Oliver. Esq.               |
| Email:              | milton.oliver@shoresoliver.com       |
| Telephone:          | (774)521-3058                        |
| Alt. Telephone:     | (781)910-9664                        |
| Address:            | PO BOX 790                           |
|                     | COTUIT, MA 02635-0790 United States  |

## Certification

|                             |                        |
|----------------------------:|:-----------------------|
| Name:                       | MILTON M. OLIVER, Esq. |
| Date:                       | January 20, 2017       |
| Applicant's Tracking Number:| 873-057-344            |

---

|                         |                                                                              |
|------------------------:|:-----------------------------------------------------------------------------|
| Correspondence:         | Yes                                                                          |
| Copyright Office notes: | Regarding publication: range of publication dates is 1/04/1997 to 12/05/1997 |