# Exhibit "B"


